UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------
RYAN DENNIS

                                  Plaintiff,

    -v.-

                                  Civil Action No.
                             1:14-cv-1084 (GLS/CFH)

WILLIAM V. GRADY *et al.*

                                Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                    OF COUNSEL:

**FOR THE PLAINTIFF:**

RYAN DENNIS
*Pro Se*
c/o 1077 Mountain Avenue
Purling, New York 12470

GARY L. SHARPE,
CHIEF JUDGE

# **ORDER**

    The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Christian F. Hummel, duly filed September 23, 2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

    No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Christian F. Hummel filed September 23, 2014 (Dkt. No. 7) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that pursuant to the Court's review under 28 U.S.C. § 1915, Dennis' complaint is dismissed as barred by Heck v. Humphrey, 512 U.S. 477, 486-87 (1994) and failure to state a claim; and it is further

ORDERED that Dennis' remaining motions for (1) emergency injunctive relief (Compl.; Am. Compl.; Dkt. No. 6) and (2) substitution of parties (Dkt. No. 4) are DENIED WITHOUT PREJUDICE; and it is further

ORDERED, that the Clerk is directed to close the case; and it is further

ORDERED that the Clerk provide a copy of this Order upon the plaintiff by certified mail.

IT IS SO ORDERED.

Dated: October 16, 2014
Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
Chief Judge
U.S. District Court